# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERCEALL,<br><br>                    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>                    Defendant. | Case No. 21-cv-76-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 20] |

The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 20. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

     **IT IS SO ORDERED**.

Dated: July 12, 2021

*[signature]*

Hon. Michael M. Anello
United States District Judge